:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK BALDWIN                                           CIVIL ACTION

        v.                          :

BENEFICIAL CONSUMER DISCOUNT CO.

                                    02-2835

**O R D E R**

      AND NOW, this 12TH day of JULY, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **JULY 18, 2002** at **11:15A**M in Room 8TH FLOOR - room 8613. (Court Room Deputy 267-299-7419)

PS: If counsel is not available at this time and wish to reschedule or set up a telephone conference - that party shall contact the Deputy Clerk and coordinate a new date and time for all parties.
Plaintiff is to notify all parties of this conference.

ATTEST:                                    or    BY THE COURT


BY:  ANGELA J. MICKIE                      _____
        Deputy Clerk                       Judge

Civ 12 (9/83)