W:\FORMS\.FRM

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FRANK BALDWIN                         :
                                      :
        vs.                           :          CIVIL ACTION NO. 02-2835
                                      :
BENEFICIAL CONSUMER DISCOUNT CO :

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  18TH  day of  JULY, 2002,  a [ X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS: 90 DAYS DISCOVERY

 

 

_____
Angela Mickie
Deputy Clerk to Judge Joyner

Civ 14 (8/80)